# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| **BAYVIEW PHARMACY, INC.,** | * |
| **Plaintiff,** | *   Case No.: 1:16-cv-00041-JFM |
| **v.** | * |
| **EASTERN AVENUE PHARMACY AND MEDICAL EQUIPMENT, LLC,** *et al.*, | * |
| | * |
| **Defendants.** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, in accordance with Federal Rule of Civil Procedure 41, hereby stipulate that Plaintiff's Complaint against Defendants and the Counterclaim filed by Defendants Zoulis Properties, Inc. and Omega Holdings, LLC against Plaintiff be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,                                     Respectfully submitted,

 /s/ Michael J. Collins                                         /s/ James B. Astrachan
Michael J. Collins, Bar No. 05971              James B. Astrachan, Bar No. 03566
THE LAW OFFICES OF MICHAEL J.                  Christopher J. Lyon, Bar No. 27443
COLLINS PC                                                     ASTRACHAN GUNST THOMAS, P.C.
7104 Biter Lane                                                217 East Redwood Street, Suite 2100
Highland, Maryland 20777                              Baltimore, Maryland 21202
(p) 410.967-7614                                              Telephone:  410.783.3550
(f)  410.773.9900                                              Facsimile:  410.783.3530
michael@mjcollinslaw.com                         jastrachan@agtlawyers.com
                                                                        clyon@agtlawyers.com

*Attorney for Defendants*
*Zoulis Properties, Inc. and*                        *Attorneys for Plaintiff*
*Omega Holdings, LLC*                              *Bayview Pharmacy, Inc.*

   /s/ Alan S. Forman
Alan S. Forman, Bar No. 07252
FORMAN CLOTHIER LAW GROUP
802 Landmark Drive, Suite 111
Glen Burnie, Maryland 21061
(p) 410.878.7230
(f) 410.630.1129
alan@formanclothier.com

*Attorney for Defendants Akintomide J. Asooto; Adhjarho F. Egbegbadia; and Eastern Avenue Pharmacy and Medical Equipment, LLC*